1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   PETER K. THOMPSON, HSBN 5890
4  Special Assistant United States Attorney

5     160 Spear Street, Suite 800
      San Francisco, California  94105
6     Telephone:  (415) 977-8959
      Facsimile: (415) 744-0134
7     E-Mail: Peter.Thompson@ssa.gov

8  Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| VALERIE ANN SCHNOVELL-MILLER,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>　　　　Defendant. | Case No.: 2:12-CV-00321 EFB<br><br>**STIPULATION AND PROPOSED ORDER FOR A FIRST EXTENSION OF 30 DAYS FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/OR TO FILE ANY CROSS-MOTIONS** |

　　　　IT IS HEREBY STIPULATED, by and between Plaintiff Valerie Ann Schnovell-Miller ("Plaintiff") and Defendant Michael J. Astrue, Commissioner of Social Security ("Defendant"), by and through their respective counsel of record, that Defendant shall have a first extension of time of thirty (30) days to respond to Plaintiff's motion for summary judgment and/or to file any cross-motions. Defense counsel requires additional time to review the record and to prepare a response as this case was transferred from another attorney within the office.  The current due date is August 6, 2012.  The new due date will be September 5, 2012.  This is the first extension of time sought by the parties.

/ / /

/ / /

STIP. & ORDER RE: EXTENSION OF TIME　　　　　　　　(CASE NO. 2:12-CV-00321 EFB)

1     The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

2               Respectfully submitted,

3   Dated: August 2, 2012         LAW OFFICES OF HADLEY & FRALOUB

4                         By: */s/ Joseph C. Fraulaub*
                              JOSEPH C. FRAULAUB

5                               (As authorized by email on July 30, 2012)

6                           Attorneys for Plaintiff

7   Date: August 2, 2012          BENJAMIN B. WAGNER
                              United States Attorney

8

9                         By: */s/ Peter K. Thompson*
                              PETER K. THOMPSON
                              Special Assistant U. S. Attorney

10

11                          Attorneys for Defendant

12                          **ORDER**

13

14   APPROVED AND SO ORDERED:

15   DATED: August 6, 2012.

16                               EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28